THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTOBAL PEREZ and BLANCA ESQUEDA,<br><br>    Plaintiffs,<br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO. C19-1426-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend case management deadlines (Dkt. No. 24). The Court hereby GRANTS the motion and ORDERS the parties to adhere to the following case management schedule:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline for mediation | July 16, 2020 | September 14, 2020 |
| Deadline for fact discovery to be completed | October 5, 2020 (120 days prior to trial) | December 3, 2020 |
| Deadline for dispositive motions | November 2, 2020 (90 days prior to trial) | February 1, 2021 |

MINUTE ORDER
C19-1426-JCC
PAGE - 1

| | | |
|---|---|---|
| Deadline for proposed pretrial order | January 21, 2021 | March 22, 2021 |
| Deadline for trial briefs, proposed voir dire, and jury instructions | January 27, 2021 | March 29, 2021 |
| Date set for trial | February 1, 2021 | April 2, 2021 |

DATED this 20th day of July 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-1426-JCC
PAGE - 2