THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTOBAL PEREZ and BLANCA ESQUEDA,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　Defendant. | CASE NO. C19-1426-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. At the parties' request, the Court recently moved the trial date to April 2, 2021. (Dkt. No. 24 at 2.) That new trial date was a scrivener's error; the parties have informed the Court that they intended to ask for the trial to be moved to April 12, 2021. Accordingly, the Court hereby ORDERS that the trial date is April 12, 2021.

DATED this 20th day of July 2020.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk